[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 1221.]

OFFICE OF DISCIPLINARY COUNSEL *v.* JOHNSON.

[Cite as *Disciplinary Counsel v. Johnson*, 1999-Ohio-409.]

(No. 97-1754—Submitted and decided May 6, 1999.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent Inza E. Johnson, a.k.a. Inza Eileen Johnson, Attorney Registration No. 0040642, last known business address in Wilmington, Ohio.

{¶ 2} The court coming now to consider its order of February 18, 1998, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of one year, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that Inza E. Johnson, a.k.a. Inza Eileen Johnson, be and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED, *sua sponte*, by the court, that within ninety days of the date of this order, respondent shall reimburse any amounts that have been awarded against the respondent by the Clients' Security Fund pursuant to Gov.Bar R. VIII(7)(F). It is further ordered, *sua sponte*, by the court that if, after the date of this order, the Clients' Security Fund awards any amount against the respondent pursuant to Gov.Bar R. VIII(7)(F), the respondent shall reimburse that amount to the Clients' Security Fund within ninety days of the notice of such award.

{¶ 5} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 6} For earlier case, see *Disciplinary Counsel v. Johnson* (1998), 81 Ohio St.3d 79, 689 N.E.2d 540.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————